COLIN M. RUBICH
BRYAN T. DAKE
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov
        Bryan.Dake@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

MAR 0 4 2019

Clerk, U.S. Courts
District Of Montana
Billings Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-25-BLG-SPW |
|---|---|
| Plaintiff, | INFORMATION |
| vs. | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count I) Title 21 U.S.C. § 846 (Penalty for Count I: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) |
| DAVID BECKETT, Defendant. | |
| | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count II) Title 21 U.S.C. § 841(a)(1) Title 18 U.S.C. § 2 (Penalty for Count II: Mandatory minimum five years to forty years imprisonment, $5,000,000 fine, and at least four years supervised release) |

1

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

That beginning in approximately April of 2018, and continuing until on or about November 26, 2018, at Billings and within Yellowstone County in the State and District of Montana and elsewhere, the defendant, DAVID BECKETT, knowingly and unlawfully conspired and agreed with other persons, known and unknown to the United States, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT II

That beginning in approximately April of 2018, and continuing until on or about November 26, 2018, at Billings and within Yellowstone County in the State and District of Montana and elsewhere, the defendant, DAVID BECKETT, knowingly possessed, with the intent to distribute, 50 grams or more of a substance

2

DATED this 4th day of March, 2019.

                                          KURT G. ALME
                                          United States Attorney

(For) COLIN M. RUBICH
        Assistant U.S. Attorney

for KURT G. ALME
United States Attorney

for JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

3