EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
vann_arvanetes@fd.org
      Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BECKETT,<br><br>Defendant. | Case No. CR-19-025-BLG-SPW<br><br><br>MOTION TO CHANGE PLEA |

    COMES NOW, Defendant David Beckett, by and through his Counsel of record, Evangelo Arvanetes, Assistant Federal Defender, and the Federal Defenders of Montana, and hereby moves this Court to allow him to enter a plea of guilty to the Information, without a written plea agreement.

1

This motion certifies that all parties to the case have been informed of the defendant's intent to plead guilty.

RESPECTFULLY SUBMITTED this 4th day of March, 2019

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on March 4, 2019, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1, 2__ | CM-ECF |
| _____ | Hand Delivery |
| __3__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. COLIN M. RUBICH
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
       Counsel for the United States

3. DAVID BECKETT
       Defendant

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
    Counsel for Defendant