COLIN M. RUBICH
BRYAN T. DAKE
Assistant U.S. Attorneys
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov
       Bryan.Dake@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

MAR 08 2019

Clerk, U.S. Courts
District Of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BECKETT,<br><br>Defendant. | CR 19-25-BLG-SPW<br><br>SUPERSEDING INFORMATION<br><br>CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>(Count I)<br>Title 21 U.S.C. § 846<br>(Penalty for Count I: Mandatory minimum five years to forty years imprisonment, $5,000,000 fine, and at least four years supervised release)<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>(Count II)<br>Title 21 U.S.C. § 841(a)(1)<br>Title 18 U.S.C. § 2<br>(Penalty for Count II: Mandatory minimum five years to forty years imprisonment, $5,000,000 fine, and at least |

1

|  | four years supervised release). |
|--|--|
|  |  |

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

That in approximately February 2019, at Billings and Laurel, within Yellowstone County, in the State and District of Montana and elsewhere, the defendant, DAVID BECKETT, knowingly and unlawfully conspired and agreed with other persons, known and unknown to the United States, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT II

That in approximately February 2019, at Billings and Laurel, within Yellowstone County, in the State and District of Montana and elsewhere, the defendant, DAVID BECKETT, knowingly possessed, with the intent to distribute, 50 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

///

///

DATED this 7th day of March, 2019.

                KURT G. ALME  
                United States Attorney

                (for) COLIN M. RUBICH  
                Assistant U.S. Attorney

(for) KURT G. ALME  
United States Attorney

JOSEPH E. THAGGARD  
Criminal Chief Assistant U.S. Attorney