IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BECKETT<br><br>Defendant. | CR 19-25-BLG-SPW<br><br>ORDER |

Upon the United States' oral Motion to Continue the Sentencing hearing and no objection from the Defendant,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, July 31, 2019 at 9:30 a.m., is **VACATED** and reset to commence on **Friday, August 23, 2019 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 31st day of July, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1